BOARD OF CHOSEN FREEHOLDERS OF ATLANTIC COUNTY, DEFENDANT IN ERROR, v. EDWARD S. LEE, PLAINTIFF IN ERROR.

Argued March 23, 1909—Decided March 23, 1909.

On error to the Supreme Court, whose opinion is reported in 47 *Vroom* 327.

For the plaintiff in error, *Bourgeois & Sooy.*

For the defendant in error, *Higbee & Coulomb.*

PER CURIAM.

The judgment of the Supreme Court should be affirmed, for the reasons expressed by Mr. Justice Reed in that court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GAR-RISON, SWAYZE, TRENCHARD, PARKER, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL, CONGDON, J.J. 13.

*For reversal*—None.